Núm. 7677.—González, et al., apldos. v. González, et al., apltes.—C. D. Humacao. ▓▓▓▓▓▓▓ Julio 11, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de reconsideración presentada por los demandantes apelados y visto asimismo un escrito de oposición ofrecido con varias certificaciones y declaraciones juradas por el demandado apelante, con súplica de que se admita su radicación, se accede a la solicitud de éste y se declara no haber lugar a la reconsideración, por estar nuestra resolución en armonía con los autos del caso, excepto en cuanto a la fecha en que Schlüter radicó en la corte inferior el escrito de apelación y las mociones solicitando que se dejara sin efecto la sentencia y de reconsideración, que en vez de 28 de febrero de 1936, debe ser 28 de marzo de 1936.[4]

(4) Corregida la opinión original. Véase ante pág. 402.